THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |  | |
|---|---|---|---|
| DAVID LEE WILLIAMS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. CIV-11-1448-R | |
| | ) | | |
| MARY RAMEY, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered February 27, 2012. Doc. No. 13. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 13] is ADOPTED, the Complaint herein is DISMISSED upon filing and this dismissal shall count as a strike and as Plaintiff's first "prior occasion" under 28 U.S.C. § 1915 following either exhaustion or waiver of appeal.

IT IS SO ORDERED this 26th day of March, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE